UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER CARSON SMITH,

        Petitioner,             Case No. 1:07-cv-1179

v.                                    Honorable Robert J. Jonker

MARY BERGHUIS,

        Respondent.
_____/

## **ORDER**

        This is a habeas corpus action filed by a state prisoner pursuant to 28 U.S.C. § 2254. Petitioner filed the instant action on or about November 23, 2007 and paid the $5.00 filing fee for a habeas corpus action brought pursuant to 28 U.S.C. § 2254. On December 31, 2007, this Court received Petitioner's application for leave to proceed *in forma pauperis* (docket #4). Because Petitioner has paid the filing fee in full, his motion for leave to proceed *in forma pauperis* (docket #4) is DENIED as moot.

        IT IS SO ORDERED.


Dated: January 9, 2008                              /s/ Hugh W. Brenneman, Jr.
                                                            HUGH W. BRENNEMAN, JR.
                                                            United States Magistrate Judge